COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:        01-18-00577-CV

Style:        Shatish Patel, M.D., Hemalatha Vijayan, M.D., Subodh Sonwalkar, M.D., and Wolley Oladut, M.D. v. St. Luke's Sugar Land Partnership, L.L.P.

Appellee, St. Luke's Sugar Land Partnership, L.L.P. has objected to mediation. The Court's mediation order dated August 3, 2018 is withdrawn.

Judge's signature: /s/ Michael Massengale
                 Acting individually

Date:  August 14, 2018

\*        Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:        Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).